UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENNIE JOHNSON,

Plaintiff,

v.

ABBOTT LABORATORIES, et al.,

Defendants.

Case No. 26-cv-09220-JST

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Haywood S. Gilliam, Jr. for consideration of whether the case is related to *Brooks v. Nevro Corporation*, 26-md-03195-HSG.

**IT IS SO ORDERED.**

Dated: November 5, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California